UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00059

———

**Justin Hemphill,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice et al.,**
*Defendants.*

———

# ORDER

Plaintiff, a Texas Department of Criminal Justice prisoner proceeding pro se, filed this action under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's case without prejudice. Doc. 5 at 2. According to the report, plaintiff failed to comply with the court's order to amend his complaint and satisfy the filing fee requirement. *Id.* at 1. Plaintiff received the report but did not object. Doc. 6.

When there have been no timely objections to a report , "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on June 18, 2026.*

_____
J. CAMPBELL BARKER
United States District Judge

- 1 -